# UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF ARIZONA

# Minute Entry

## *Hearing Information:*

|  |  |
|---|---|
| **Debtor:** | BRISA LUNA |
| **Case Number:** | 4:09-BK-15777-JMM    **Chapter:** 13 |
| **Date / Time / Room:** | WEDNESDAY, MARCH 03, 2010 11:00 AM   COURTROOM 329 |
| **Bankruptcy Judge:** | JAMES M. MARLAR |
| **Courtroom Clerk:** | CINDY TURNBULL |
| **Reporter / ECR:** | LUPE MARTINEZ |

## *Matter:*

TRUSTEE'S MOTION TO DISMISS

**R / M #:**   32 / 0

## *Appearances:*

CRAIG MORRIS, ATTY FOR DIANNE C. KERNS, TRUSTEE
CHERYL K COPPERSTONE, ATTORNEY FOR BRISA LUNA

## *Proceedings:*

MR. MORRIS STATES THE DEBTOR IS DOWN $6,900.

MS. COPPERSTONE STATES THE DEBTOR WILL CONVERT TO CHAPTER 7.

COURT:  THE CASE WILL BE DISMISSED, AND THE TRUSTEE IS TO HOLD THE DISMISSAL ORDER A FEW DAYS TO ALLOW MS. COPPERSTONE TO GET THE CONVERSION MOTION ON FILE.